IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEVEN MICHAEL GOLDEN, Jr., et al.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**UNIVERSAL HEALTH SERVICES, INC., Et al.**<br><br>    Defendants. | **CASE NO. 1:25-cv-00312-AHA** |

**PROPOSED] ORDER**

UPON CONSIDERATION of Defendant Universal Health Services Inc.'s Motion to Dismiss Plaintiffs' First Amended Class Action Complaint, and all oppositions thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2025, that the Motion is DENIED.

SO ORDERED.

                                                                            _____
                                                                           Hon. Amir H. Ali
                                                                           United States District Judge